UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| NARLIN H. LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:09-CV-52 |
| ) | |
| MICHAEL J. ASTRUE, ) | Judge Collier / Judge Lee |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

On December 9, 2009, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 17). Neither party has objected to the R&R within the given fourteen days. *See* Fed. R. Civ. P. 72(b).

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS**:

(1) The plaintiff's motion for judgment on the pleadings (Court File No. 11) is **DENIED**;

(2) The defendant's motion for summary judgment (Court File No. 15) is **GRANTED**; and

(3) The Commissioner's decision denying benefits is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**